# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

GUS R. LEHMANN and RENEE C. LEHMANN,

    Plaintiffs,

v.                                                  No.  **2:25-cv-00782-MIS-KRS**

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

## STIPULATED ORDER GRANTING SECOND
## JOINT MOTION TO EXTEND DEADLINES

    **THIS MATTER** CAME BEFORE THE Court upon the Second Joint Motion to Extend Deadlines; the Court having reviewed the Motion, finds good cause to extend the deadlines for the reasons identified in the Motion.  The Court amends the Rule 16 Order as follows:

        Close of Discovery:                **August 31, 2026**

        Motions Filing Deadline:        **September 30, 2026**

        IT IS SO ORDERED this 27th day of July, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**APPROVED:**

**ALLEN LAW FIRM, LLC**

*/s/ Meena H. Allen*
MEENA H. ALLEN
6121 Indian School Rd. NE, Suite 230
Albuquerque, NM  87110
(505) 298-9400
mallen@mallen-law.com

1

2

**Attorneys for Defendant State Farm Fire and Casualty Company**

*/s/ Delaram Falsafi (approved on 07/23/2026)*
HUNTER M. KLEIN
DELARAM FALSAFI
GREEN KLEIN WOOD & JONES
408 E. Seventh Street
Houston, TX  77007
(713) 654-9222
klein@greentriallaw.com
falsafi@greentriallaw.com

BRIAN K. BRANCH
LAW OFFICE OF BRIAN K. BRANCH
127 Bryn Mawr Drive, SE
Albuquerque, NM 87106
(505) 764-9710
bbranch@bkblaw.net

**Attorneys for Plaintiffs**